**1**

**REPUBLIC POWER & SERVICE CO., Plaintiff in Error, v. Turner KING, Adm'r, etc.**

(Circuit Court of Appeals, Eighth Circuit. March 13, 1926.)

No. 7328.

In Error to the District Court of the United States for the Eastern District of Arkansas.

J. R. Wilson, of El Dorado, Ark., for plaintiff in error.

Du Val Purkins, of Warren, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

**2**

**William P. RODGERS, Jr., Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. April 3, 1926.)

No. 4660.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

W. K. Zewadski, Jr., and Jo. Johnson, both of Tampa, Fla., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and A. W. Henderson, Sp. Asst. Atty. Gen., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The record shows no reversible error. The judgment is affirmed.

---

**3**

**Robert ROGERS, Libelant Appellant, v. Pennsylvania Railroad Lighter No. 219, Her Tackle, etc.; Pennsylvania Railroad Company, Claimant Appellee.**

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 318.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch and Frank P. Treanor, Jr., all of New York City, for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**4**

**William ROURBECK (alias William F. Rourbeck) v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. February 3, 1926.)

No. 4598.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Wicker, Quaine & Groat, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.